People v Couser
2026 NY Slip Op 03608
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
PHILLIP COUSER, DEFENDANT-APPELLANT.

Decided on June 5, 2026
MOTION NOS. (1292-1293/14) KA 10-01387 AND KA 14-00347.
Present: Whalen, P.J., Lindley, Curran, Bannister, And Montour, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.